# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:22–cv–00245–ADA–DTG

eCardless Bancorp, Ltd. v. PayPal Holdings, Inc. et al
Assigned to: Judge Alan D Albright
Referred to: Judge Derek T. Gilliland
Cause: 35:271 Patent Infringement

Date Filed: 11/23/2022
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **eCardless Bancorp, Ltd.** | represented by | **Brian T. Bear** |

**Brian T. Bear**
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Suite 1400
Kansas City, MO 64106
816–474–8100
Fax: 816–474–3216
Email: bbear@spencerfane.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jayme Partridge**
Spencer Fane LLP
3040 Post Oak Blvd.. Suite 1400
Houston, TX 77056
713–552–1234
Fax: 713–963–0859
Email: jpartridge@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sadaf Ali Deedar**
Spencer Fane LLP
3040 Post Oak Blvd., Suite 1300
Houston, TX 77056
(713) 212–2663
Fax: (713) 963–0859
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley H. Bains , X**
Cotton, Bledsoe, Tighe & Dawson, P.C.
Litigation
500 West Illinois, Suite 300
P.O. Box 2776 (79702)
Midland, TX 79701
(432) 684–5782
Fax: (432) 684–3146
Email: tstott@cbtd.com
*ATTORNEY TO BE NOTICED*

**Brian Medich**
Spencer Fane LLP
3040 Post Oak Blvd.
Ste 1300
Houston, TX 77056
732−977−3493
Email: bmedich@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Brian Gregory Strand**
Spencer Fane LLP
3040 Post Oak Blvd.
Suite 1400
TX
Houston, TX 77056
713−212−2712
Email: bstrand@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Danielle Joy Healey**
Spencer Fane LLP
Intellectual Property Litigation
3040 Post Oak Blvd.
Suite 1400
Houston, TX 77056−6560
713−212−2697
Fax: 713−963−0859
Email: dhealey@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Kyril Talanov**
Spencer Fane LLP
3040 Post Oak Blvd., Ste 1400
Houston, TX 77056
713−212−2723
Email: ktalanova@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Patrick M. Dunn**
Spencer Fane LLP
9442 North Capital of Texas Highway
Plaza I − Suite 500
Austin, TX 78759
512.840.4556
Fax: 512.840.4551
Email: pdunn@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
Spencer Fane LLP
3040 Post Oak Blvd., Suite 1300
Houston, TX 77056
713−498−6047
Fax: 7135839737
Email: erobinson@spencerfane.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **PayPal Holdings, Inc.**<br>*TERMINATED: 03/15/2023* | represented by | **Barry K. Shelton**<br>Winston & Strawn LLP<br>2121 N. Pearl Street<br>Suite 900<br>Dallas, TX 75201<br>214–453–6407<br>Fax: 214–453–6400<br>Email: bshelton@winston.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert N. Kang**<br>Winston & Strawn LLP<br>101 California Street, 34th Fl.<br>San Francisco, CA 94111<br>415–591–1565<br>Fax: 415–591–1400<br>Email: RKang@winston.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **PayPal, Inc.** | represented by | **Barry K. Shelton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Devin P. Garrity**<br>Winston & Strawn LLP<br>200 Park Ave. Fl 40<br>New York, NY 10016<br>212–294–1730<br>Email: dgarrity@winston.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Amelia R. Garza–Mattia**<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312–558–5600<br>Email: AGarzaMattia@winston.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nimalka R. Wickramasekera**<br>Winston & Strawn LLP<br>333 S. Grand Avenue |

Los Angeles, CA 90071
(213) 615–1700
Fax: (213) 615–1750
Email: nwickramasekera@winston.com
*ATTORNEY TO BE NOTICED*

**Robert N. Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2022 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number ATXWDC–16786030), filed by eCardless Bancorp, Ltd.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Robinson, Erick) (Entered: 11/23/2022) |
| 11/23/2022 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by eCardless Bancorp, Ltd.. (Robinson, Erick) (Entered: 11/23/2022) |
| 11/23/2022 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Robinson, Erick) (Entered: 11/23/2022) |
| 11/23/2022 | Ï | Case assigned to Judge David Counts pursuant to the **Order Assigning Business of the Court as it Relates to Patent Cases**, filed 7/25/2022. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 12/02/2022) |
| 12/02/2022 | Ï 4 | Summons Issued as to All Defendants. (kg) (Entered: 12/02/2022) |
| 12/15/2022 | Ï 5 | SUMMONS Returned Executed by eCardless Bancorp, Ltd.. PayPal Holdings, Inc. served on 12/12/2022, answer due 1/3/2023; PayPal, Inc. served on 12/12/2022, answer due 1/3/2023. (Robinson, Erick) (Entered: 12/15/2022) |
| 12/30/2022 | Ï 6 | MOTION *OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT* by eCardless Bancorp, Ltd. (Robinson, Erick) Modified event type on 1/6/2023 (sg). (Entered: 12/30/2022) |
| 01/06/2023 | Ï 7 | ORDER GRANTING 6 Motion for Extension of Time as to PayPal Holdings, Inc. answer due 2/17/2023; PayPal, Inc. answer due 2/17/2023. Signed by Judge Ronald C. Griffin. (sg) (Entered: 01/06/2023) |
| 02/03/2023 | Ï 8 | MOTION to Appear Pro Hac Vice by Erick Scott Robinson *of Andrew Lester* ( Filing fee $ 100 receipt number ATXWDC–17044590) by on behalf of eCardless Bancorp, Ltd.. (Robinson, Erick) (Entered: 02/03/2023) |
| 02/07/2023 | Ï | Text Order GRANTING 8 Andrew W. Lester's Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice Pro Hac Vice in this case must register for electronic filing with our Court within 10 days of this Order. Registration is managed by the PACER Service Center. It is further ORDERED that if Mr. Lester has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT–1(f)(2). Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 02/07/2023) |

| 02/17/2023 | Ï 9 | NOTICE of Attorney Appearance by Barry K. Shelton on behalf of PayPal Holdings, Inc., PayPal, Inc.. Attorney Barry K. Shelton added to party PayPal Holdings, Inc.(pty:dft), Attorney Barry K. Shelton added to party PayPal, Inc.(pty:dft) (Shelton, Barry) (Entered: 02/17/2023) |
|---|---|---|
| 02/17/2023 | Ï 10 | NOTICE of Attorney Appearance by Robert N. Kang on behalf of PayPal Holdings, Inc., PayPal, Inc.. Attorney Robert N. Kang added to party PayPal Holdings, Inc.(pty:dft), Attorney Robert N. Kang added to party PayPal, Inc.(pty:dft) (Kang, Robert) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 11 | MOTION to Dismiss *the Complaint* by PayPal Holdings, Inc., PayPal, Inc.. (Attachments: # 1 Affidavit Kang Declaration ISO Motion to Dismiss, # 2 Exhibit 1 to Kang Declaration, # 3 Exhibit 2 to Kang Declaration, # 4 Exhibit 3 to Kang Declaration, # 5 Exhibit 4 to Kang Declaration, # 6 Affidavit Affidavit of Connor Kosnik ISO Motion to Dismiss)(Shelton, Barry) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 12 | DEFICIENCY NOTICE: re 9 Notice of Appearance, (je3) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 13 | DEFICIENCY NOTICE: re 10 Notice of Appearance (je3) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 14 | RULE 7 DISCLOSURE STATEMENT filed by PayPal Holdings, Inc., PayPal, Inc. identifying Corporate Parent PayPal Holdings, Inc. for PayPal Holdings, Inc., PayPal, Inc.. (Shelton, Barry) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 15 | DEFICIENCY NOTICE: re 11 MOTION to Dismiss *the Complaint* (je3) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 16 | DEFICIENCY NOTICE: re 14 Disclosure Statement (Rule 7) (je3) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 17 | NOTICE of Attorney Appearance by Barry K. Shelton on behalf of PayPal Holdings, Inc., PayPal, Inc. (Shelton, Barry) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 18 | NOTICE of Attorney Appearance by Robert N. Kang on behalf of PayPal Holdings, Inc., PayPal, Inc. (Kang, Robert) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 19 | CORRECTED MOTION to Dismiss *Complaint* by PayPal Holdings, Inc., PayPal, Inc.. (Attachments: # 1 Affidavit Declaration of Robert N. Kang−CORRECTED, # 2 Exhibit 1 to Declaration of Robert N. Kang, # 3 Exhibit 2 to Declaration of Robert N. Kang, # 4 Exhibit 3 to Declaration of Robert N. Kang, # 5 Exhibit 4 to Declaration of Robert N. Kang, # 6 Exhibit Declaration of Connor Kosnick)(Shelton, Barry) (Entered: 02/17/2023) |
| 02/17/2023 | Ï 20 | RULE 7 DISCLOSURE STATEMENT filed by PayPal Holdings, Inc., PayPal, Inc. identifying Corporate Parent PayPal Holdings, Inc. for PayPal Holdings, Inc., PayPal, Inc.. (Shelton, Barry) (Entered: 02/17/2023) |
| 02/28/2023 | Ï 21 | Unopposed MOTION for Extension of Time to File Response/Reply as to 19 CORRECTED MOTION to Dismiss *Complaint* by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order)(Robinson, Erick) (Entered: 02/28/2023) |
| 02/28/2023 | Ï | Text Order GRANTING 21 Plaintiff's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Defendants' Motion to Dismiss. It is ORDERED the Plaintiff's time to answer or otherwise respond to Defendants' Motion to Dismiss is extended to March 17, 2023. It is so ORDERED. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 02/28/2023) |
| 03/14/2023 | Ï 22 | Joint MOTION to Dismiss *DEFENDANT PAYPAL HOLDINGS, INC. WITHOUT PREJUDICE* by eCardless Bancorp, Ltd.. (Robinson, Erick) Modified on 3/17/2023 (je3). (Entered: 03/14/2023) |
| 03/15/2023 | Ï 23 | FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PAYPAL HOLDINGS, INC. Signed by Judge David Counts. (je3) (Entered: 03/17/2023) |

| 03/17/2023 | Ï 24 | Response in Opposition to Motion, filed by eCardless Bancorp, Ltd., re 19 Joint MOTION to Dismiss *DEFENDANT PAYPAL HOLDINGS, INC. WITHOUT PREJUDICE* filed by Plaintiff eCardless Bancorp, Ltd. (Bains, Bradley) Modified on 3/23/2023 (kg). (Entered: 03/17/2023) |
|---|---|---|
| 03/21/2023 | Ï 25 | Unopposed MOTION for Extension of Time to File Response/Reply as to 24 Response in Opposition to Motion by PayPal, Inc.. (Attachments: # 1 Proposed Order)(Shelton, Barry) (Entered: 03/21/2023) |
| 03/22/2023 | Ï | Text Order GRANTING 25 Defendant's Unopposed Motion for Extension of Time to File Reply. It is ORDERED that the deadline for Defendant to file its reply to Plaintiff's Response to Defendant's Motion to Dismiss is extended to March 31, 2023. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 03/22/2023) |
| 03/31/2023 | Ï 26 | REPLY to Response to Motion, filed by PayPal Holdings, Inc., PayPal, Inc., re 19 CORRECTED MOTION to Dismiss *Complaint* filed by Defendant PayPal Holdings, Inc., Defendant PayPal, Inc. (Shelton, Barry) (Entered: 03/31/2023) |
| 04/02/2023 | Ï 27 | Unopposed MOTION *(REQUESTING ORDER FOR SCHEDULING RECOMMENDATIONS)* by eCardless Bancorp, Ltd.. (Robinson, Erick) (Entered: 04/02/2023) |
| 04/03/2023 | Ï | Text Order GRANTING 27 Plaintiff's Unopposed Motion Requesting Order for Scheduling Recommendations. The Court will issue its order for scheduling recommendations by separate order. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 04/03/2023) |
| 04/03/2023 | Ï 28 | Order for Scheduling Recommendations/Proposed Scheduling Order. Scheduling recommendations/proposed scheduling order due to the Court within thirty (30) days after the appearance of any defendant. Signed by Judge David Counts. (je3) (Entered: 04/03/2023) |
| 04/04/2023 | Ï 29 | NOTICE of Attorney Appearance by Patrick M. Dunn on behalf of eCardless Bancorp, Ltd.. Attorney Patrick M. Dunn added to party eCardless Bancorp, Ltd.(pty:pla) (Dunn, Patrick) (Entered: 04/04/2023) |
| 04/27/2023 | Ï 30 | Proposed Scheduling Order *filed Jointly* by eCardless Bancorp, Ltd.. (Robinson, Erick) (Entered: 04/27/2023) |
| 04/28/2023 | Ï 31 | ORDER AND ADVISORY. Signed by Judge David Counts. (kg) (Entered: 04/28/2023) |
| 04/28/2023 | Ï 32 | SCHEDULING ORDER: Pretrial Conference set for **11/8/2024 at 01:30 PM** in Midland before Judge David Counts, Jury Selection/Jury Trial set for **12/2/2024 at 08:00 AM** in Midland before Judge David Counts, Motions due by **7/31/2024**. Signed by Judge David Counts. (slt) (Entered: 04/28/2023) |
| 04/28/2023 | Ï | CASE REFERRED to Magistrate Judge Derek T. Gilliland. Referral Judge: Derek T. Gilliland. (kg) (Entered: 05/03/2023) |
| 06/09/2023 | Ï 33 | ORDER REASSIGNING CASE. Case reassigned to Judge Alan D Albright for all proceedings. Judge David Counts no longer assigned to case. Signed by Judge David Counts. (je3) (Entered: 06/09/2023) |
| 06/16/2023 | Ï 34 | Agreed MOTION to Extend Scheduling Order Deadlines by PayPal, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Shelton, Barry) (Entered: 06/16/2023) |
| 06/20/2023 | Ï 35 | ORDER GRANTING 34 Motion to Extend Scheduling Order Deadlines Markman Hearing set for 11/8/2023 01:30 PM in Waco before Judge Alan D Albright, Amended Pleadings due by 2/28/2024, Joinder of Parties due by 12/20/2023, Motions due by 8/14/2024 Signed by Judge Derek T. |

| | | |
|---|---|---|
| | | Gilliland. (je3) (Entered: 06/20/2023) |
| 08/16/2023 | Ï 36 | MOTION to Appear Pro Hac Vice by Erick Scott Robinson *of Sadaf Ali Deedar* ( Filing fee $ 100 receipt number ATXWDC−17777888) by on behalf of eCardless Bancorp, Ltd... Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 08/16/2023) |
| 08/16/2023 | Ï | DEFICIENCY NOTICE: re 36 MOTION to Appear Pro Hac Vice by Erick Scott Robinson *of Sadaf Ali Deedar* ( Filing fee $ 100 receipt number ATXWDC−17777888) (Incorrect header please include Midland/Odessa Division) (je3) (Entered: 08/16/2023) |
| 08/28/2023 | Ï 37 | *CORRECTED* MOTION to Appear Pro Hac Vice ( Filing fee $ 100 receipt number ATXWDC−17777888) by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (jb3) (Entered: 08/28/2023) |
| 08/31/2023 | Ï 38 | NOTICE of Attorney Appearance by Brian Medich on behalf of eCardless Bancorp, Ltd.. Attorney Brian Medich added to party eCardless Bancorp, Ltd.(pty:pla) (Medich, Brian) (Entered: 08/31/2023) |
| 09/01/2023 | Ï 39 | Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, Inc.. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Affidavit of Rachel Krantz, # 2 Affidavit Robert N. Kang, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB) (Kang, Robert) (Entered: 09/01/2023) |
| 09/06/2023 | Ï 40 | Opening Claim Construction Brief by PayPal Holdings, Inc., PayPal, Inc.. (Attachments: # 1 Affidavit Robert N. Kang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Shelton, Barry) (Entered: 09/06/2023) |
| 09/06/2023 | Ï 41 | MOTION to Strike 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, Inc. by eCardless Bancorp, Ltd.. (Attachments: # 1 Affidavit Decl. of E. Robinson, # 2 Exhibit Ex. 1, # 3 Exhibit Ex. 2). Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 09/06/2023) |
| 09/06/2023 | Ï 42 | Opposed MOTION to Expedite *P's MOTION to Strike (ECF No. 39)* by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 09/06/2023) |
| 09/08/2023 | Ï 43 | Response in Opposition to Motion, filed by PayPal, Inc., re 42 Opposed MOTION to Expedite *P's MOTION to Strike (ECF No. 39)* filed by Plaintiff eCardless Bancorp, Ltd. (Attachments: # 1 Proposed Order)(Shelton, Barry) (Entered: 09/08/2023) |
| 09/08/2023 | Ï | Text Order DENYING 42 Opposed Motion to Expedite eCardless Bancorp, Ltd.'s motion to strike entered by Judge Derek T. Gilliland. Paypal, Inc.'s response to the motion to strike filed by eCardless, ECF No. 41, must be filed not later than September 13, 2023. W.D. Tex. Loc. R. CV−7(d) (7 days after the filing of the motion). PayPal is authorized to use 15 pages for its response to eCardless's motion to strike, exclusive of the caption, the signature block, any certificate, and any accompanying documents. eCardless may file a reply limited to 5 pages in support of its motion to strike by no later than 7 days after the filing of the response. W.D. Tex. Loc. R. CV−7(e). (This is a text−only entry generated by the court. There is no document associated with this entry.) (jplc) (Entered: 09/08/2023) |
| 09/11/2023 | Ï 44 | Redacted Copy of 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, Inc. by PayPal, Inc.. (Attachments: # 1 Affidavit Declaration of Rachel Krantz, # 2 Affidavit Robert N. Kang, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 |

| | | |
|---|---|---|
| | | Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Errata S, # 22 Exhibit T, # 23 Errata U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB)(Kang, Robert) (Entered: 09/11/2023) |
| 09/13/2023 | Ï 45 | Sealed Document: Defendant PayPal Inc.'s Response to eCardless's Motion to Strike Defendant PayPal's Opposed Motion to Transfer to the Northern District of California of 41 MOTION to Strike 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, Inc. by PayPal, Inc. (Attachments: # 1 Affidavit of Robert N. Kang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order) (Kang, Robert) (Entered: 09/13/2023) |
| 09/14/2023 | Ï 46 | Joint MOTION to Stay *Venue Discovery and Briefing Deadlines Pending Resolution of Plaintiff's Motion to Strike* by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 09/14/2023) |
| 09/14/2023 | Ï | Text Order TAKING UNDER ADVISEMENT 41 MOTION to Strike by eCardless Bancorp, Ltd., ECF No. 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(a) by PayPal, Inc., entered by Judge Derek T. Gilliland. The Court takes the motion to strike under advisement and the motion to strike is held in abeyance pending further order of the Court or the resolution of the motion to transfer, expect as otherwise stated here: as the Court stated in the text order of September 8, 2023, eCardless may file a reply limited to 5 pages in support of its motion to strike by no later than 7 days after the filing of PayPal's response. <br><br> In the meantime, the parties are directed to engage in venue or jurisdictional briefing and discovery. Venue or jurisdictional discovery shall be completed no later than 10 weeks after the filing of defendant PayPal's motion to transfer at ECF No. 39. The deadline for plaintiff eCardless's response is 2 weeks after the completion of venue or jurisdictional discovery. The deadline for PayPal's reply is 2 weeks after the filing of the response. The following presumptive limits on discovery related to venue and jurisdiction apply: each party is limited to 5 interrogatories, 10 Requests for Production, and 10 hours of deposition testimony. The time to respond to such discovery requests is 20 days. If a party believes these limits should be expanded, the party shall meet and confer with opposing counsel and if an impasse is reached, the requesting party is directed to contact the Court's law clerk for a telephonic hearing. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jplc) (Entered: 09/14/2023) |
| 09/14/2023 | Ï | Text Order DENYING 46 Motion to Stay entered by Judge Derek T. Gilliland. The parties are directed to engage in venue or jurisdictional briefing and discovery as stated in the Court's previous text order of September 14, 2023. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jplc) (Entered: 09/14/2023) |
| 09/15/2023 | Ï 47 | ORDER GRANTING 37 Motion to Appear Pro Hac Vice for Attorney Sadaf Ali Deedar for eCardless Bancorp, Ltd.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (slt) (Entered: 09/15/2023) |
| 09/19/2023 | Ï 48 | Joint MOTION to Extend Scheduling Order Deadlines by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Healey, Danielle) (Entered: 09/19/2023) |
| 09/19/2023 | Ï 49 | NOTICE of Attorney Appearance by Danielle Joy Healey on behalf of eCardless Bancorp, Ltd.. Attorney Danielle Joy Healey added to party eCardless Bancorp, Ltd.(pty:pla) (Healey, Danielle) (Entered: 09/19/2023) |
| 09/19/2023 | Ï 50 | REPLY to Response to Motion, filed by eCardless Bancorp, Ltd., re 41 MOTION to Strike 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, |

| | | |
|---|---|---|
| | | Inc. filed by Plaintiff eCardless Bancorp, Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Healey, Danielle) (Entered: 09/19/2023) |
| 09/21/2023 | Ï 51 | Redacted Copy of 45 Sealed Document,, by PayPal, Inc.. (Attachments: # 1 Affidavit Declaration of Robert N. Kang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Kang, Robert) (Entered: 09/21/2023) |
| 09/27/2023 | Ï 52 | ORDER GRANTING IN PART 48 Motion to Extend Scheduling Order Deadlines Signed by Judge Derek T. Gilliland. (je3) (Entered: 09/27/2023) |
| 09/27/2023 | Ï 53 | MOTION to Appear Pro Hac Vice by Robert N. Kang *for Devin P. Garrity* ( Filing fee $ 100 receipt number ATXWDC–17928639) by on behalf of PayPal, Inc... Motions referred to Judge Derek T. Gilliland. (Kang, Robert) (Entered: 09/27/2023) |
| 10/04/2023 | Ï 54 | Reply Claim Construction Brief by eCardless Bancorp, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Robinson, Erick) (Entered: 10/04/2023) |
| 10/06/2023 | Ï 55 | ORDER GRANTING 53 Motion to Appear Pro Hac Vice for Attorney Devin P. Garrity for PayPal, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (je3) (Entered: 10/10/2023) |
| 10/13/2023 | Ï 56 | NOTICE of Attorney Appearance by Brian Gregory Strand on behalf of eCardless Bancorp, Ltd.. Attorney Brian Gregory Strand added to party eCardless Bancorp, Ltd.(pty:pla) (Strand, Brian) (Entered: 10/13/2023) |
| 10/18/2023 | Ï 57 | Reply Claim Construction Brief by PayPal, Inc.. (Attachments: # 1 Affidavit of Robert N. Kang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Shelton, Barry) (Entered: 10/18/2023) |
| 10/18/2023 | Ï 58 | STATUS REPORT *Defendant's Status Report Regarding Motion to Transfer* by PayPal, Inc.. (Shelton, Barry) (Entered: 10/18/2023) |
| 10/20/2023 | Ï 59 | MOTION to Appear Pro Hac Vice by Erick Scott Robinson *of BRIAN T. BEAR* ( Filing fee $ 100 receipt number ATXWDC–18011606) by on behalf of eCardless Bancorp, Ltd... Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 10/20/2023) |
| 11/01/2023 | Ï 60 | ORDER GRANTING 59 Motion to Appear Pro Hac Vice for Attorney Brian T. Bear for eCardless Bancorp, Ltd. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/01/2023) |
| 11/01/2023 | Ï 61 | Reply Claim Construction Brief by eCardless Bancorp, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Robinson, Erick) (Entered: 11/01/2023) |
| 11/03/2023 | Ï 62 | MOTION to Appear Pro Hac Vice by Erick Scott Robinson *(on behalf of Jayme Partridge)* ( Filing fee $ 100 receipt number ATXWDC–18062353) by on behalf of eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 11/03/2023) |
| 11/03/2023 | Ï 63 | ORDER ON OCTOBER 25, 2023, DISCOVERY DISPUTE. Signed by Judge Derek T. Gilliland. (je3) (Entered: 11/03/2023) |
| 11/09/2023 | Ï 64 | Third MOTION to Extend Scheduling Order Deadlines *filed Jointly* by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) |

| | | |
|---|---|---|
| | | (Entered: 11/09/2023) |
| 11/09/2023 | Ï 65 | ORDER GRANTING 64 Motion to Extend Scheduling Order Deadlines Signed by Judge Derek T. Gilliland. (je3) (Entered: 11/13/2023) |
| 11/13/2023 | Ï 66 | ORDER GRANTING 62 Motion to Appear Pro Hac Vice for Attorney Jayme Partidge for eCardless Bancorp, Ltd.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (je3) (Entered: 11/13/2023) |
| 11/21/2023 | Ï 67 | RULE 7 DISCLOSURE STATEMENT filed by eCardless Bancorp, Ltd.. (Robinson, Erick) (Entered: 11/21/2023) |
| 11/21/2023 | Ï 68 | ORDER ON NOVEMBER 10, 2023, DISCOVERY DISPUTE. Signed by Judge Derek T. Gilliland. (je3) (Entered: 11/21/2023) |
| 12/01/2023 | Ï 69 | ORDER Setting Zoom Discovery for 12/8/2023 02:00 PM before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (bot2) (Entered: 12/01/2023) |
| 12/01/2023 | Ï 70 | Joint MOTION to Extend Scheduling Order Deadlines *[FOURTH]* by eCardless Bancorp, Ltd.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Robinson, Erick) (Entered: 12/01/2023) |
| 12/08/2023 | Ï 71 | ORDER Cancelling Discovery Hearing Via Zoom. Signed by Judge Derek T. Gilliland. (je3) (Entered: 12/08/2023) |
| 12/28/2023 | Ï 72 | ORDER GRANTING 70 Motion to Extend Scheduling Order Deadlines Signed by Judge Derek T. Gilliland. (je3) (Entered: 12/28/2023) |
| 01/02/2024 | Ï 73 | NOTICE of Attorney Appearance by Kyril Talanov on behalf of eCardless Bancorp, Ltd.. Attorney Kyril Talanov added to party eCardless Bancorp, Ltd.(pty:pla) (Talanov, Kyril) (Entered: 01/02/2024) |
| 01/12/2024 | Ï 74 | Sealed Document: Plaintiff eCardless Bancorp, LTD.'s Opposition to Defendant's Motion to Transfer to the Northern District of California and Alternative Request for Transfer to Austin Division of 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, Inc. by eCardless Bancorp, Ltd. (Attachments: # 1 Affidavit Declaration of Erick Robinson, # 2 Affidavit Declaration of Brian Medich, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 41, # 41 Exhibit 42, # 42 Exhibit 43) (Robinson, Erick) (Entered: 01/12/2024) |
| 01/19/2024 | Ï 75 | MOTION to Appear Pro Hac Vice by Robert N. Kang *for Amelia R. Garza−Mattia* ( Filing fee $ 100 receipt number ATXWDC−18324783) by on behalf of PayPal, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kang, Robert) (Entered: 01/19/2024) |
| 01/23/2024 | Ï | Parties shall comply with Judge Albright's updated Standing Order Governing Proceedings – Patent Cases available by clicking the hyperlink.<br><br>(bot1) (Entered: 01/25/2024) |
| 01/24/2024 | Ï 76 | |

| | | |
|---|---|---|
| | | Sealed ORDER ON JANUARY 22, 2024, DISCOVERY DISPUTE. Signed by Judge Derek T. Gilliland. Parties shall email a redacted PDF version of the Court's sealed order for publication within seven (7) days after the Court enters the sealed order to the Court's Law Clerks at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov. If a redacted version is not received, the document will otherwise become public. (lad) Unsealed on 2/1/2024. Per chambers, order is to be unsealed due to no redactions by counsel. (lad). (Entered: 01/24/2024) |
| 02/02/2024 | Ï77 | Sealed Document: Defendants' Reply In Support of Its Motion to Transfer to the Northern District of California Under 28 U.S.C. 1404(a) of 39 Sealed Motion to Transfer to the Northern District of California Under 28 USC 1404(A) by PayPal, Inc. by PayPal, Inc. (Attachments: # 1 Affidavit Declaration of Robert N. Kang, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S) (Kang, Robert) (Entered: 02/02/2024) |
| 02/02/2024 | Ï78 | STATUS REPORT *Regarding Motion to Transfer* by PayPal, Inc.. (Kang, Robert) (Entered: 02/02/2024) |
| 02/09/2024 | Ï79 | Sealed Motion PLAINTIFF ECARDLESS BANCORP LTDS OPPOSED MOTION TO STRIKE OR IN THE ALTERNATIVE TO FILE A SUR–REPLY REGARDING DEFENDANTS MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA by eCardless Bancorp, Ltd.. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Affidavit Declaration of Brian Bear, # 2 Exhibit 1 – Sur–Reply, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Proposed Order to Motion to Strike, # 9 Proposed Order to Motion to File Sur–Reply) (Robinson, Erick) (Entered: 02/09/2024) |
| 02/09/2024 | Ï80 | Redacted Copy *of Defendant's Reply in Support of Its Motion to Transfer to the Northern District of California Under 28 USC 1404(a)* of 77 Sealed Document,, by PayPal, Inc.. (Attachments: # 1 Exhibit C, # 2 Exhibit N, # 3 Exhibit O, # 4 Exhibit P)(Kang, Robert) (Entered: 02/09/2024) |
| 02/13/2024 | Ï81 | ORDER GRANTING 75 Motion to Appear Pro Hac Vice for Attorney Amelia R. Garza–Mattia for PayPal, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (ad3) (Entered: 02/13/2024) |
| 02/15/2024 | Ï82 | Sealed Order Granting Paypal's Motion to Transfer Venue [ECF No. 39], Denying Plaintiff's Motion to Strike [ECF No. 41], Granting Plaintiff's Motion for Leave to File a Sur–Reply [ECF No. 79]. Signed by Judge Derek T. Gilliland. The Movant shall email a redacted PDF version of the Court's sealed order for publication within seven (7) days after the Court enters the sealed order to the Court's Law Clerks at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov. If a redacted version is not received, the document will otherwise become public (je3) Modified on 2/15/2024 (je3). (Entered: 02/15/2024) |
| 02/15/2024 | Ï83 | Sealed Document: Plaintiff Ecardless Bancorp, LTD.'s Sur–Reply in Opposition to Defendant's Motion to Transfer to the Northern District of California (je3) (Entered: 02/15/2024) |
| 02/16/2024 | Ï84 | NOTICE *of Intent to File Objections to and Move for Reconsideration of February 15, 2024 Transfer Order* by eCardless Bancorp, Ltd. re 82 Sealed Order,, (Robinson, Erick) (Entered: 02/16/2024) |
| 02/19/2024 | Ï | Text Order MOOTING 19 WITHOUT PREJUDICE TO REFILING Defendants PayPal Holdings, Inc.'s 12(b)(3) And PayPal, Inc.'s (12)(b)(6) Motion to Dismiss the Complaint in light of the Court's Order granting PayPal's Motion to Transfer Venue (ECF No. 82). Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jplc) (Entered: 02/19/2024) |

| 02/19/2024 | Ï 85 | Redacted Copy of 79 Sealed Motion PLAINTIFF ECARDLESS BANCORP LTDS OPPOSED MOTION TO STRIKE OR IN THE ALTERNATIVE TO FILE A SUR–REPLY REGARDING DEFENDANTS MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA by eCardless Bancorp, Ltd. by eCardless Bancorp, Ltd.. (Attachments: # 1 Exhibit 1 – Sur–Reply)(Robinson, Erick) (Entered: 02/19/2024) |
|---|---|---|