# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECARDLESS BANCORP, LTD., | Case No. 24-cv-01054-BLF |
| Plaintiff, | |
| v. | **ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS** |
| PAYPAL INC, | [Re: ECF No. 141] |
| Defendant. | |

On June 3, 2024, Defendant PayPal, Inc filed a motion to dismiss Plaintiff eCardless Bancorp, Ltd.'s complaint. ECF No. 141. On June 21, 2024, Plaintiff filed an amended complaint. ECF No. 149; *see also* ECF No. 150 ("giv[ing] notice of its amended complaint as a matter of course as allowed under Rule 15(A)(1)(B)"). Accordingly, the Court TERMINATES Defendant's motion to dismiss, ECF No. 141, as moot.

**IT IS SO ORDERED.**

Dated: June 25, 2024

_____
BETH LABSON FREEMAN
United States District Judge