# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECARDLESS BANCORP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL INC, <br><br> Defendant. | Case No. 24-cv-01054-BLF <br><br> **ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Before the Court is Defendant Paypal Inc.'s motion to dismiss. ECF No. 160. On July 18, 2024, Plaintiff eCardless Bancorp, Ltd. filed an unopposed administrative motion to set the briefing schedule. ECF No. 162. The next day, the clerk reset the hearing to November 25, 2024, and the Court terminated the administrative motion at ECF No. 162 without prejudice.

The parties have not filed a renewed administrative motion or stipulation and proposed order to set the briefing schedule, and Plaintiff is yet to file an opposition to the motion to dismiss. The parties SHALL file a stipulated request to set the briefing schedule or a joint status update regarding the status of the motion by **August 21, 2024**.

**IT IS SO ORDERED.**

Dated: August 14, 2024

_____
BETH LABSON FREEMAN
United States District Judge